IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

FERDINAND GARCIA RODRIGUEZ

DEBTOR

CASE NO. 13-06816-ESL

CHAPTER 13

### DEBTOR'S AMENDED MOTION REQUESTING ORDER
### RE: AUTHORIZATION TO USE FUNDS FROM 2013 TAX REFUND

TO THE HONORABLE COURT:

**NOW COMES, FERDINAND GARCIA RODRIGUEZ**, debtor, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor's confirmed Plan dated November 18, 2013, provides that debtor's tax refunds will be paid into the Plan. See docket #20.

2. The debtor has received his 2013 tax refund in the sum of $243.00. Attached is copy of check dated March 26, 2014 issued by Treasury Department of Puerto Rico.

3. The debtor respectfully submits to the Court that he used these funds to pay for: household good expense. Attached is copy of household good expense estimate/invoice.

4. The debtor was in need to use the funds from the 2013 "tax refund" to pay for this reasonable expense. The debtor is living within a very "tight" budget which barely covers his daily expenses and a Plan payment of $150.00.

5. Based on the abovestated, the debtor respectfully requests this Court to Order the authorization of the use of these funds for this reasonable expense.

**WHEREFORE**, debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the use of the funds from the 2013 tax refund by the debtor for the above stated expense.

Page – 2-
Debtor's Motion Requesting Order
Case no. 13-06816-ESL13

NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

I CERTIFY that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to debtor, Ferdinand Garcia Rodriguez, to his address of record: PO Box 9964 Cidra, PR 00739.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 16th day of April, 2014.

/s/ Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

BGF

Modelo SC 784.3
31 ENERO 2006

GOBIERNO DE PUERTO RICO
HACIENDA

REINT
2013

FECHA EMISIÓN
DIA 26 / MES 03 / AÑO 14

DOSCIENTOS CUARENTA Y TRES DOLARES CON NO/100

FERDINAND GARCIA RODRIGUEZ

VENCE EN
DIA 26 / MES 09 / AÑO 14

NÚMERO DE CHEQUE
17610068

SECRETARIO DE HACIENDA

IMPORTE
$*******243.00

⑆176100687⑆ ⑈021502118⑈ 325″040 1″3⑈

418052

| CUSTOMER'S ORDER NO. Walmart. | DEPARTMENT | DATE 4/10/14 |
|---|---|---|
| NAME Ferdinand Garcias Rodriguez | | |
| ADDRESS P.O Box 9964 | | |
| CITY, STATE, ZIP Cidra PR. 00739 | | |

| SOLD BY | CASH | C.O.D. | CHARGE# 2449 ON ACCT 000 MOSESRETB# 9 PAIDOUT01 P52 QUEEN MATRES 074793523757K 205*00 X SUBTOTAL 205*00 |
|---|---|---|---|

| QUANTITY | DESCRIPTION | TAX PRICE .000 % AMOUNT 2*30 |
|---|---|---|
| 1 | | TAX 2 1.000 % 2*05 |
| | | TOTAL 219*35 |
| 2 | | CASH TEND 219*35 |
| | | CHANGE DUE 0*00 |
| 3 | | |
| 4 | | IVULOTO: T9GRV J4CB9 WM DRAW031 APR/19/14 |
| 5 | | # ITEMS SOLD 1 |
| 6 | | |
| 7 | | ######################### #### INVALID RECEIPT - TRAINING #### ######################### |
| 8 | | CONSIGUE TODO LO QUE NECESITAS A PRECIOS BAJOS TODOS LOS DIAS |
| 9 | | 04/10/14 15:11:01 |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | _signature_ | |
| 18 | | |
| RECEIVED BY | | |

A-5805
T-46320/46350

**KEEP THIS SLIP FOR REFERENCE**

01-11



**Walmart**
Save money. Live better.

```
..........(.787.).653.-.1376.........
......MANAGER.ZORAIDA.VECCHIOLLY......
..........(.787.).286.-.8550.........
ST#.2449.OP#.00000409.TE#.92.TR#.01962
QUEEN.MATRES.074793523757K....205#00.X
.....................SUBTOTAL....205#00..
.........TAX.1...6.000.%.......12#30..
.........TAX.2...1.000.%........2#05..
.....................TOTAL....219#35..
................CASH..TEND....219#35..
................CHANGE.DUE......0#00..
######################################
####........DUPLICATE.RECEIPT......####
######################################

IVULOTO:.T8GRV-J4CB9
WM.DRAW031.APR/19/14
```

# ITEMS SOLD 1

```
**************************************
****..INVALID.RECEIPT.-.TRAINING..****
**************************************
....CONSIGUE.TODO.LO.QUE.NECESITAS....
....A.PRECIOS.BAJOS.TODOS.LOS.DIAS....
.........04/10/14.....16:11:01.........
```