| | |
|---|---|
| IN RE:<br>FERDINAND GARCIA RODRIGUEZ<br><br>DEBTOR (S) | CASE NO. 13-06816-ESL<br><br>CHAPTER 13 |

Trustee's Position
Regarding DEBTOR'S MOTION REQUESTING ORDER RE: AUTHORIZATION TO USE FUNDS FROM LIQUIDATION OF SICK LEAVE 2015

TO THE HONORABLE COURT:

NOW COMES José R. Carrión, Chapter 13 Trustee, through the undersigned and very respectfully alleges and prays:

1. The Trustee has no opposition to motion for:
DEBTOR'S MOTION REQUESTING ORDER RE: AUTHORIZATION TO USE FUNDS FROM LIQUIDATION OF SICK LEAVE 2015.(Docket # 46 ).

WHEREFORE the Trustee respectfully requests this Honorable Court to take notice of the abovementioned and enter the order it deems appropiate.

CERTIFICATE OF SERVICE: The Chapter 13 Trustee herewith certified that a copy of this motion has been served on this same date, to their respective address of record to: Debtor(s), to their counsel and to all those parties in interest who have filed a notice of appearance by First Class Mail if not an ECFS register user.

In San Juan, Puerto Rico this Tuesday, April 26, 2016.

/s/ Mayra Arguelles -Staff Attorney
JOSE R. CARRION
CHAPTER 13 TRUSTEE
P.O. Box 9023884, Old San Juan Sta.
San Juan, P.R. 00902-3884
Tel (787)977-3535  FAX (787)977-3550